**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT DOLEMBA,<br>on behalf of plaintiff and the class defined<br>below, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-1196 |
| | ) | |
| vs. | ) | |
| | ) | |
| TOPS SOFTWARE OF FLORIDA, LLC,<br>TOPS SOFTWARE OF MARYLAND, LLC,<br>and JOHN DOES 1-10, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CORRECTED EXHIBIT B TO COMPLAINT[1]

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

---

[1]Corrected Exhibit B to *Dkt No. 1*.

## <u>CERTIFICATE OF SERVICE</u>

I, Heather Kolbus, certify that on February 20, 2018, I caused a true and accurate copy of the forgoing document to be filed through the court's CM/ECF system and to be served via process server to the following party:

Tops Software of Florida, LLC
c/o Registered Agent
Jeffrey S. Hardy
2495 Enterprise Road
Suite 200
Clearwater, FL 33763

Tops Software of Maryland, LLC
c/o Registered Agent
Gerald K. Gimmel
Four Professional Drive
Suite 145
Gaithersburg, MD 20879


s/ Heather Kolbus
Heather Kolbus



Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)